# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
| | Hearing Date: | _____ |
| | Chapter: | _____ |
| | Judge: | _____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**  _____

**Location of Hearing:**  Courtroom No. _____

_____
_____
_____

**Date and Time:**  _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ❑ ARE REQUIRED  ❑ ARE NOT REQUIRED

DATE: _____                JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:
Debtor, Debtor's Attorney, Trustee,

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*