Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−13192−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank H. Bryson                                Heather L. Bryson
   1528 Patricia Court                            1528 Patricia Court
   Williamstown, NJ 08094                         Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6313                                    xxx−xx−7485

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        3/16/17
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Stacey L. Mullen, Debtor's Attorney

COMMISSION OR FEES
Fee: $1,800.00

EXPENSES
Expenses: $0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 15, 2017
JAN:

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Frank H. Bryson
Heather L. Bryson
    Debtors

Case No. 16-13192-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 15, 2017
                   Form ID: 137     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
```
db/jdb          +Frank H. Bryson,    Heather L. Bryson,    1528 Patricia Court,    Williamstown, NJ 08094-5720
516013696       +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
516056209        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516013694       +Disney Vacation Club,    P.O. Box 470727,    Celebration, FL 34747-0727
516013698       +First National Credit Card,    P.O. Box 2496,    Omaha, NE 68103-2496
516013700       +First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
516224807      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     POBox 619096,    Dallas, TX 75261-9741)
516013692       +Nationstar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
516224146       +Nationstar Mortgage, LLC,    PO Box 619094,    Dallas, TX 75261-9094
516164588       +South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
516013693       +Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,    Suite 302,
                 Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2017 23:57:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2017 23:57:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516013701       +E-mail/Text: amscbankruptcy@adt.com Feb 15 2017 23:58:34      ADT Security Services,
                 P.O. Box 371878,    Pittsburgh, PA 15250-7878
516195122       +E-mail/Text: amscbankruptcy@adt.com Feb 15 2017 23:58:34      ADT Security Services, Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3537
516164589       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 15 2017 23:57:12      Atlantic City Electric,
                 P.O. Box 13610,    Philadelphia, PA 19101-3610
516228908       +E-mail/Text: bncmail@w-legal.com Feb 15 2017 23:57:45      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516013699       +E-mail/Text: creditonebknotifications@resurgent.com Feb 15 2017 23:56:39      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
516013695        E-mail/Text: cio.bncmail@irs.gov Feb 15 2017 23:57:01      IRS,    P.O. Box 9002,
                 Holtsville, NY 11742
516221563        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 15 2017 23:57:54      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516238535        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2017 00:00:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516013697        E-mail/Text: bkr@cardworks.com Feb 15 2017 23:56:24      Merrick Bank,    P.O. Box 660702,
                 Dallas, TX 75266-0702
516221604       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 15 2017 23:57:54      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516220777        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2017 23:57:22
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516166463*      +Atlantic City Electric,    Po Box 13610,    Philadelphia, PA 19101-3610
516166462*      +South Jersey Gas,    Po Box 6091,    Bellmawr, NJ 08099-6091
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2017
                              Form ID: 137             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-BC4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-BC4 gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Stacey L. Mullen    on behalf of Debtor Frank H. Bryson slmullen@comcast.net
              Stacey L. Mullen    on behalf of Joint Debtor Heather L. Bryson slmullen@comcast.net
                                                                                             TOTAL: 6
```