UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern & Eisenberg, P.C.
1040 N Kings Highway
Suite 407
Cherry Hill, NJ  08034
Phone: (609)-397-9200
Fax: (856) 667-1456

In Re:

Frank H. Bryson
Heather L. Bryson

Case No.: 16-13192-JNP

Chapter: 13

Hearing Date: 07/18/2017

Judge: Jerrold N. Poslusny, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Steven P Kelly, Esquire,

   ☒ am the attorney for: U.S. Bank National Association, et al.

   ☐ am self-represented

   Phone number: 2155728111

   Email address: skelly@sterneisenberg.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay

   Current hearing date and time: 07/18/2017 at 10:00 AM

   New date requested: 08/15/2017 at 10:00 AM

   Reason for adjournment request: Requesting additional time to finalize possible settlement of the Motion for Relief.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 07/14/2017                                    /s/ Steven P Kelly
                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

---

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 8/15/2017 at 10 am           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2