Case 16-13192-JNP    Doc 70    Filed 08/17/17    Entered 08/17/17 08:06:00    Desc
Proposed Order    Page 1 of 3

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | **Order Filed on August 17, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Frank and Heather Bryson,<br><br>                              Debtor | Case No.: 16-13192 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u> for services rendered and expenses in the amount of $ <u>0.00</u> for a total of $ <u>400.00</u>. The allowance shall be payable:

     <u>XXXXX</u>     through the Chapter 13 plan as an administrative priority.

              outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$438.00</u> per month for <u>42</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:  
Frank H. Bryson  
Heather L. Bryson  
       Debtors

Case No. 16-13192-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Aug 17, 2017  
                             Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.  
db/jdb       +Frank H. Bryson,   Heather L. Bryson,   1528 Patricia Court,   Williamstown, NJ 08094-5720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
       SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,  
       SERIES 2006-BC4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
       summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
        Patrick O. Lacsina   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
       SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,  
       SERIES 2006-BC4 bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
        Stacey L. Mullen   on behalf of Debtor Frank H. Bryson slmullen@comcast.net  
        Stacey L. Mullen   on behalf of Joint Debtor Heather L. Bryson slmullen@comcast.net  
        Steven P. Kelly   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
       SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,  
       SERIES 2006-BC4 skelly@sterneisenberg.com,  bkecf@sterneisenberg.com  
                                                                                                                                                                                 TOTAL: 7