

**Order Filed on October 9, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN DIVISION)

| | |
|---|---|
| IN RE: | : CASE NO.  16-13192-JNP |
| | : |
| Frank H. Bryson and Heather L. Bryson | : CHAPTER 13 |
| | : |
| Debtor(s) | : |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO RESTRICT ACCESS AND ALLOW REDACTION OF INFORMATION**

**DATED: October 9, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**ORDERED:**

1. In accordance with Fed. R. Bankr. P. 9037, Secured Creditor's Motion for protective Order to Restrict Access and Allow Redaction of Information is GRANTED.

2. Access to the documents listed below shall be restricted and a remediated filing shall be allowed: (a).Creditor's Certification of default filed October 01, 2018 Document #85 Bk case number 16-13192-JNP.

This Order has been signed electronically.             United States Bankruptcy Court
There Judge's signature and Court's seal appear
at the top of the Order.