

**Order Filed on October 9, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (CAMDEN DIVISION)

| | |
|---|---|
| IN RE: | : CASE NO. 16-13192-JNP |
| | : |
| Frank H. Bryson and Heather L. Bryson | : CHAPTER 13 |
| | : |
| Debtor(s) | : |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO RESTRICT ACCESS
AND ALLOW REDACTION OF INFORMATION**

**DATED: October 9, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**ORDERED:**

1. In accordance with Fed. R. Bankr. P. 9037, Secured Creditor's Motion for protective Order to Restrict Access and Allow Redaction of Information is GRANTED.

2. Access to the documents listed below shall be restricted and a remediated filing shall be allowed: (a).Creditor's Certification of default filed October 01, 2018 Document #85 Bk case number 16-13192-JNP.

This Order has been signed electronically.         United States Bankruptcy Court
There Judge's signature and Court's seal appear
at the top of the Order.

United States Bankruptcy Court
District of New Jersey

In re:
Frank H. Bryson
Heather L. Bryson
    Debtors

Case No. 16-13192-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 09, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db/jdb       +Frank H. Bryson,    Heather L. Bryson,    1528 Patricia Court,    Williamstown, NJ 08094-5720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:

            Denise E. Carlon     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Kevin M. Buttery     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 kevinbuttery@gmail.com
            Patrick O. Lacsina     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 , PATRICK.LACSINA@GMAIL.COM
            Stacey L. Mullen     on behalf of Debtor Frank H. Bryson slmullen@comcast.net
            Stacey L. Mullen     on behalf of Joint Debtor Heather L. Bryson slmullen@comcast.net
            Steven P. Kelly     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                               TOTAL: 8