Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−13192−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank H. Bryson                                  Heather L. Bryson
   1528 Patricia Court                              1528 Patricia Court
   Williamstown, NJ 08094                           Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6313                                      xxx−xx−7485

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 22, 2016.

On 1/11/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                   February 17, 2021
Time:                      10:00 AM
Location:               4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 11, 2021
JAN:

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-13192-JNP
Frank H. Bryson  Chapter 13
Heather L. Bryson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 3
Date Rcvd: Jan 11, 2021   Form ID: 185   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank H. Bryson, Heather L. Bryson, 1528 Patricia Court, Williamstown, NJ 08094-5720 |
| 516013694 | + | Disney Vacation Club, P.O. Box 470727, Celebration, FL 34747-0727 |
| 516013698 | + | First National Credit Card, P.O. Box 2496, Omaha, NE 68103-2496 |
| 516013700 | + | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 516224807 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, POBox 619096, Dallas, TX 75261-9741 |
| 516013692 | + | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 516224146 | + | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 516164588 | + | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 516013693 | + | Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516013701 | + | Email/Text: amscbankruptcy@adt.com | Jan 11 2021 21:44:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516195122 | + | Email/Text: amscbankruptcy@adt.com | Jan 11 2021 21:44:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 516164589 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 11 2021 21:42:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 516013696 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 11 2021 21:37:27 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516056209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 11 2021 21:33:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516228908 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2021 21:42:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516013699 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2021 21:33:09 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 516013695 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2021 21:42:00 | IRS, P.O. Box 9002, Holtsville, NY 11742 |
| 516221563 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2021 21:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516238535 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 11 2021 21:35:28 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516013697 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2021 21:34:50 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 516221604 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2021 21:43:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516220777 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2021 21:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518055267 | + | Email/Text: bncmail@w-legal.com | Jan 11 2021 21:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055266 | + | Email/Text: bncmail@w-legal.com | Jan 11 2021 21:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516166463 | *+ | Atlantic City Electric, Po Box 13610, Philadelphia, PA 19101-3610 |
| 516166462 | *+ | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

**Name**           **Email Address**

Denise E. Carlon
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4
 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4
 hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
 ecfmail@standingtrustee.com  summarymail@standingtrustee.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 11, 2021 | Form ID: 185 | Total Noticed: 26 |

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Karina Velter
 on behalf of Creditor Disney Vacation Development  Inc. kvelter@manleydeas.com

Kevin M. Buttery
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 kevinbuttery@gmail.com

Patrick O. Lacsina
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 , PATRICK.LACSINA@GMAIL.COM

Sindi Mncina
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 smncina@raslg.com

Stacey L. Mullen
 on behalf of Joint Debtor Heather L. Bryson slmullen@comcast.net

Stacey L. Mullen
 on behalf of Debtor Frank H. Bryson slmullen@comcast.net

Steven P. Kelly
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11