| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Karina Velter<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH  43216-5028<br>Telephone: 614-222-4921<br>Email: kvelter@manleydeas.com<br>Attorney for: Disney Vacation Development, Inc.<br><br>In Re:<br><br>Frank H. Bryson<br>Heather L. Bryson | Order Filed on February 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  16-13192<br><br>Chapter: 13<br><br>Hearing Date: _____<br><br>Hearing Time: _____<br><br>Judge:  Jerrold N. Poslusny Jr. |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☐Followed | | ☐Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 9, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

20-009867_ZTM

Upon the motion of Disney Vacation Development, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as:

An undivided 0.1736% interest in Unit 10B of The Villas at Disney's Wilderness Lodge, a leasehold condominium, according to the Declaration of Condominium thereof as recorded in Official Records of Book 6170, Page 1425, Public Records of Orange County, Florida, and all amendments thereto.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

20-009867_ZTM

United States Bankruptcy Court
District of New Jersey

In re:  
Frank H. Bryson  
Heather L. Bryson  
    Debtors

Case No. 16-13192-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Frank H. Bryson, Heather L. Bryson, 1528 Patricia Court, Williamstown, NJ 08094-5720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Karina Velter
    on behalf of Creditor Disney Vacation Development  Inc. amps@manleydeas.com

Kevin M. Buttery
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 kevinbuttery@gmail.com

Patrick O. Lacsina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 , PATRICK.LACSINA@GMAIL.COM

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 smncina@raslg.com

Stacey L. Mullen
    on behalf of Joint Debtor Heather L. Bryson slmullen@comcast.net

Stacey L. Mullen
    on behalf of Debtor Frank H. Bryson slmullen@comcast.net

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11