Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                                Case No.:  16−13192−JNP
                                                Chapter:  13
                                                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank H. Bryson | Heather L. Bryson |
| 1528 Patricia Court | 1528 Patricia Court |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
   xxx−xx−6313                                               xxx−xx−7485

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 17, 2021.

Dated: February 17, 2021
JAN: kvr

                                                                                           Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Frank H. Bryson  
Heather L. Bryson  
    Debtors

Case No. 16-13192-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 17, 2021      Form ID: plncf13      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank H. Bryson, Heather L. Bryson, 1528 Patricia Court, Williamstown, NJ 08094-5720 |
| 516013694 | + | Disney Vacation Club, P.O. Box 470727, Celebration, FL 34747-0727 |
| 516013698 | + | First National Credit Card, P.O. Box 2496, Omaha, NE 68103-2496 |
| 516013700 | + | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 516224807 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, POBox 619096, Dallas, TX 75261-9741 |
| 516013692 | + | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 516224146 | + | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 516164588 | + | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 516013693 | + | Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516013701 | + | Email/Text: amscbankruptcy@adt.com | Feb 17 2021 21:27:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516195122 | + | Email/Text: amscbankruptcy@adt.com | Feb 17 2021 21:27:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 516164589 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 17 2021 21:25:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 516013696 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 17 2021 23:38:35 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516056209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 17 2021 23:38:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516228908 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2021 21:25:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516013699 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2021 23:38:45 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 516013695 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2021 21:25:00 | IRS, P.O. Box 9002, Holtsville, NY 11742 |
| 516221563 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2021 21:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516238535 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 16-13192-JNP   Doc 129   Filed 02/19/21   Entered 02/20/21 00:22:27   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: plncf13 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | Feb 17 2021 23:39:17 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516013697 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2021 23:38:20 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 516221604 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2021 21:26:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516220777 | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2021 21:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518055267 | + Email/Text: bncmail@w-legal.com | Feb 17 2021 21:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055266 | + Email/Text: bncmail@w-legal.com | Feb 17 2021 21:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516166463 | *+ | Atlantic City Electric, Po Box 13610, Philadelphia, PA 19101-3610 |
| 516166462 | *+ | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: plncf13 | Total Noticed: 26 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Karina Velter
    on behalf of Creditor Disney Vacation Development  Inc. amps@manleydeas.com

Kevin M. Buttery
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 kevinbuttery@gmail.com

Patrick O. Lacsina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 , PATRICK.LACSINA@GMAIL.COM

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 smncina@raslg.com

Stacey L. Mullen
    on behalf of Joint Debtor Heather L. Bryson slmullen@comcast.net

Stacey L. Mullen
    on behalf of Debtor Frank H. Bryson slmullen@comcast.net

Steven P. Kelly
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11